
4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>SELLTEL INC<br>Et. Al.<br>Defendants. | Civil Action<br>No. 19-0191<br><br>Jury Trial Demanded |

**PROPOSED ORDER:**

FILED
JAN 23 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: January 23, 2019

_____
Hon. Mitchell S. Goldberg, J.

2