### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Andrew R. Perrong**     ) | |
|                           ) | |
|  **Plaintiff,**           ) | Civil Action |
|                           ) | |
|  vs.                      ) | No. 2:19-cv-191 |
|                           ) | |
| **SELLTEL INC, Et Al**    ) | |
|  **Defendants**           ) | |

### NOTICE OF DISMISSAL OF ALL DEFENDANTS:

COMES NOW Plaintiff ANDREW R. PERRONG, and hereby voluntarily dismisses this case against all Defendants, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, as no party has filed an answer or a motion for summary judgement. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

**Dated: April 19, 2019**

                                              /s/
                                        Andrew R. Perrong
                                        Plaintiff, *Pro-Se*
                                        1657 The Fairway #131
                                        Jenkintown, PA 19046
                                        215-791-6957
                                        Fax: 888-329-0305
                                        andyperrong@gmail.com